9997

MUNS v. KENNEDY.

(96 S. E. 258.)

APPEAL AND ERROR—SCOPE—FINDING OF FACT.—If there is testimony to sustain the Judge's finding, such finding is not subject to review on appeal.

Before SEASE, J., Barnwell, Fall term, 1917.   Affirmed.

Action by Harmon Muns against Q. A. Kennedy.   From a judgment for plaintiff, defendant appeals.

*Messrs. Harley & Blatt,* for appellant, cite: *As to rescission of contract:* 37 S. C. 7; 86 S. C. 170.

. *Mr. Jas. E. Davis,* for respondent, cites: *As to rescission of contract:* 46 S. C. 75. *As to findings of fact by Circuit Judge not being reviewable:* 55 S. C. —.

June 26, 1918.

The opinion of the Court was delivered by Mr. Justice Watts.

This is an appeal from a judgment of the Circuit Court, reversing a judgment of magistrate's Court, and rendering judgment absolute for the plaintiff.

The exceptions, three in number, challenge the correctness of Circuit Judge Sease's rulings, and present the question: Did the defendant rescind the alleged contract, as entered into between the plaintiff and defendant, and is there any evidence to sustain the Judge's ruling that there was a descision of the contract, and did he abuse the discretion invested in him by the ruling he made? There was ample testimony in the case to sustain the Judge's finding, and such finding is not subject to review by this Court.

Judgment affirmed.